```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

ANN B. STEINHARDT                            CIVIL ACTION

VERSUS                                       NO: 06-4548

FIDELITY NATIONAL PROPERTY                   SECTION: J(5)
AND CASUALTY INSURANCE
COMPANY
```

**ORDER**

Before the Court is the **Motion for Summary Judgment** filed by Defendant **(Rec. Doc. 8)**. This motion, which was opposed by Plaintiff, was set for hearing on April 18, 2007, without oral argument.

Defendant's motion was based on the assertion that because Plaintiff failed to file a Proof of Loss, Defendant was entitled to summary judgment as a matter of law. However, in an attachment to a Notice of Filing (Rec. Doc. 18), Plaintiff provided what appears to be a Proof of Loss. Based on this evidence, the Court determines that material fact issues are present which preclude summary judgment at this time. Further, even without a Proof of Loss, this Court has denied summary in a previous case, finding that the "Waiver of Proof of Loss Requirement in the Standard Flood Insurance Policy (SFIP)" notice

is ambiguous.  See Robin v. Fidelity National Property and Casualty Insurance Company, case no. 06-5242 (Rec. Doc. 22). Accordingly,

**IT IS ORDERED** that **Motion for Summary Judgment (Rec. Doc. 8)** should be and is hereby **DENIED**.

New Orleans, Louisiana this 24th day of May, 2007.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE